IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STEPHEN A. GUMMOW,

    Plaintiff,

v.     No. 3:08-CV-606-O

SNAP-ON TOOLS COMPANY,
    Defendant.

## FINDINGS OF THE COURT

After making an independent review of the pleadings, files and records in this case, and of the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. # 17) and the Defendant's objections thereto (Doc. # 18), I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss, or Alternatively, For Transfer of Venue (Doc. # 9) is DENIED.

SO ORDERED this 22nd day of September, 2008.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**